IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYSCO CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>)<br>vs. )<br>)<br>)<br>FRESH POINT FARMS, INC., )<br>)<br>Defendant. )<br>) | **Old Case No. 1:10-cv-01156 LJO GSA**<br>**New Case No. 1:10-cv-01156 LJO DLB**<br><br>ORDER DISQUALIFYING<br>MAGISTRATE JUDGE |

Good cause appearing, the undersigned disqualifies himself from all proceedings of the present action. The Clerk of the Court has reassigned this action to the docket of Magistrate Judge Dennis L. Beck. The new case number shall be **1:10-cv-01156 LJO DLB.** All future pleadings shall be so numbered. Failure to use the correct case number may result in delay in your documents being received by the correct judicial officer.

IT IS SO ORDERED.

Dated:   **August 3, 2010**          /s/ Gary S. Austin
                                                                  UNITED STATES MAGISTRATE JUDGE

1