UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYSCO CORPORATION, a Delaware corporation,<br><br>              Plaintiff,<br><br>    vs.<br><br>FRESH POINT FARMS, INC., a California corporation,<br><br>              Defendant. | Case No. 1:10-cv-01156 LJO JLT<br><br>**ORDER CONTINUING SCHEDULING CONFERENCE**<br><br>Current Hearing Date: October 13, 2010<br>Current Time: 8:45 am<br><br>**New Date: November 3, 2010<br>Time: 10:00 am<br>Location: 1200 Truxtun Ave., #120, Bakersfield, CA**<br><br>(Doc. 12) |

Pursuant to the Stipulated Motion requesting continuance of the Scheduling Conference (Doc. 12), and for good cause shown,

**THE COURT HEREBY ORDERS** that the date and time for the Scheduling Conference is reset from October 13, 2010 at 8:45 a.m., to November 3, 2010 at 10:00 a.m.

IT IS SO ORDERED.

Dated: **October 7, 2010**                     /s/ Jennifer L. Thurston
                                    UNITED STATES MAGISTRATE JUDGE