HARVEY SISKIND LLP
IAN K. BOYD (SBN 191434)
Email:  iboyd@harveysiskind.com
MATTHEW A. STRATTON (SBN 254080)
Email: mstratton@harveysiskind.com
Four Embarcadero Center, 39th Floor
San Francisco, California  94111
Telephone:  (415) 354-0100
Facsimile:    (415) 391-7124

BELZER PC
NATHAN C. BELZER (*pro hac vice* application forthcoming)
Email:  nbelzer@belzerlaw.com
2905 Bull Street
Savannah, Georgia 31405
Telephone:  (912) 236-3001
Facsimile: (912) 236-3003

Attorneys for Plaintiff
SYSCO CORPORATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| SYSCO CORPORATION, a Delaware corporation,<br><br>                    Plaintiff,<br><br>   vs.<br><br>FRESH POINT FARMS, INC., a California corporation,<br><br>                    Defendant. | Case No.  1:10CV-01156-LJO-JLT<br><br>**STIPULATION AND JOINT REQUEST TO RESET INITIAL SCHEDULING CONFERENCE AND PROPOSED ORDER** |

        Plaintiff Sysco Corporation ("Plaintiff") and defendant Fresh Point Farms, Inc. ("Defendant"), through their respective counsel, hereby stipulate and jointly request that the Court order as follows:

        The parties have agreed on settlement terms, prepared a settlement agreement, and are now in the process of obtaining signatures.  To allow the parties to execute the agreement, perform certain of its obligations, and file a dismissal of this matter—all before a Joint Scheduling Report would

1  otherwise be due—Plaintiff and Defendant request that the Court reset the Initial Scheduling
2  Conference from November 3, 2010 at 10:00am to November 17, 2010 at 10:00am, or another date
3  and time convenient to the Court.  The parties further request that the Court reset the deadline to
4  submit their Joint Scheduling Report, should one be necessary, to one week before the reset Initial
5  Scheduling Conference date.  On October 6, 2010, Plaintiff and Defendant jointly requested that the
6  Court postpone the Initial Scheduling Conference by one week, after which the Court reset it from
7  October 13, 2010 to November 3, 2010.  The parties anticipate that no further requests to reset the
8  Initial Scheduling Conference will be necessary.

Respectfully submitted,

Dated:  October 27, 2010             HARVEY SISKIND LLP
                                     IAN K. BOYD
                                     MATTHEW A. STRATTON

                                     By: _____/s/_____

                                     Attorneys for Plaintiff
                                     Sysco Corporation

Dated: October 27, 2010              WILD, CARTER & TIPTON
                                     JOHN W. PHILLIPS
                                     PAT GORMAN

                                     By: _____/s/_____

                                     Attorneys for Defendant
                                     Fresh Point Farms, Inc.

**ORDER**

**GOOD CAUSE APPEARING**, the Scheduling Conference will be continued to December 23, 2010 at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **October 29, 2010**           **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE